MICHAEL R. O'NEIL, SBN 155134
PETER A. AUSTIN, SBN 252067
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California 95814
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: moneil@murphyaustin.com
Email: paustin@murphyaustin.com

Attorneys for Defendants
Caymus Builders LLC; Caymus Properties, Inc.;
Caymus Capital, LLC; Caymus Capital Commercial
Rental Fund, LLC; Caymus Capital Rental Fund I,
LLC; Caymus Capital Residential Recovery Fund II,
LLC; Caymus 216-254 1st Street East LLC;
Edmond Routhier; George Sutcliffe; and Rob Auger

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYMUS VINEYARDS, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CAYMUS BUILDERS LLC, a California limited liability company; CAYMUS PROPERTIES, INC., a California corporation; CAYMUS CAPITAL, LLC, a Delaware limited liability company; CAYMUS CAPITAL COMMERCIAL RENTAL FUND, LLC, a Delaware limited liability company; CAYMUS CAPITAL RENTAL FUND I, LLC, a Delaware limited liability company; CAYMUS CAPITAL RESIDENTIAL RECOVERY FUND II, LLC, a Delaware limited liability company; CAYMUS 216-254 1st STREET EAST LLC, a Delaware limited liability company; EDMOND ROUTHIER, an individual; GEORGE SUTCLIFFE, an individual; ROB AUGER, an individual; and DOES 1-50,<br><br>    Defendants. | Case No. 3:18-cv-01388-CRB<br><br>[~~PROPOSED~~] **MODIFIED ORDER GRANTING JOINT REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE RULE 16 CONFERENCE** |

1   The Court, having reviewed the Joint Request to Continue Rule 16 Conference, and
2   finding good cause therefor, the Rule 16 Conference is continued until August 3, 2018
3   ~~July 23, 2018~~ at 8:30 a.m.  A Joint Case Management Statement due July 27, 2018. .
4   IT IS SO ORDERED.

Dated: May __15__, 2018

By: *[signature]*
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE