MICHAEL R. O'NEIL, SBN 155134
PETER A. AUSTIN, SBN 252067
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California  95814
Telephone:	(916) 446-2300
Facsimile:	(916) 503-4000
Email:	moneil@murphyaustin.com
Email:	paustin@murphyaustin.com

Attorneys for Defendants
Caymus Builders LLC; Caymus Properties, Inc.;
Caymus Capital, LLC; Caymus Capital Commercial
Rental Fund, LLC; Caymus Capital Rental Fund I,
LLC; Caymus Capital Residential Recovery Fund II,
LLC; Caymus 216-254 1st Street East LLC;
Edmond Routhier; George Sutcliffe; and Rob Auger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYMUS VINEYARDS, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAYMUS BUILDERS LLC, a California limited liability company; CAYMUS PROPERTIES, INC., a California corporation; CAYMUS CAPITAL, LLC, a Delaware limited liability company; CAYMUS CAPITAL COMMERCIAL RENTAL FUND, LLC, a Delaware limited liability company; CAYMUS CAPITAL RENTAL FUND I, LLC, a Delaware limited liability company; CAYMUS CAPITAL RESIDENTIAL RECOVERY FUND II, LLC, a Delaware limited liability company; CAYMUS 216-254 1st STREET EAST LLC, a Delaware limited liability company; EDMOND ROUTHIER, an individual; GEORGE SUTCLIFFE, an individual; ROB AUGER, an individual; and DOES 1-50,<br><br>　　　　　Defendants. | Case No.  5:18-cv-01388-CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1(a), the parties to this action by and through their respective counsel stipulate and agree to further extend the time for the defendants, and each of them, to respond to the Complaint by 7 days to and including July 13, 2018.

Dated: July 6, 2018                MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ Michael R. O'Neil
MICHAEL R. O'NEIL
PETER A. AUSTIN
Attorneys for Defendants
Caymus Builders LLC; Caymus Properties, Inc.; Caymus Capital, LLC; Caymus Capital Commercial Rental Fund, LLC; Caymus Capital Rental Fund I, LLC; Caymus Capital Residential Recovery Fund II, LLC; Caymus 216-254 1st Street East LLC; Edmond Routhier; George Sutcliffe; and Rob Auger

Dated: July 6, 2018                HOLLAND & KNIGHT LLP

By: /s/ Robert J. Labate
ROBERT J. LABATE (SBN 313847)
Attorneys for Plaintiff
Caymus Vineyards