Robert J Labate (SBN 313847)
robert.labate@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415-743-6900
Fax: 415-743-6910

*Attorneys for Plaintiff*
*Caymus Vineyards*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAYMUS VINEYARDS, a California Corporation<br><br>Plaintiff<br><br>v.<br><br>CAYMUS BUILDERS LLC; a California limited liability company; CAYMUS PROPERTIES, INC., a California corporation; CAYMUS CAPITAL, LLC, a Delaware limited liability company; CAYMUS CAPITAL COMMERCIAL RENTAL FUND, LLC; a Delaware limited liability company; CAYMUS CAPITAL RENTAL FUND I, LLC, a Delaware limited liability company; CAYMUS CAPITAL RESIDENTIAL RECOVERY FUND II, LLC, a Delaware limited liability company; CAYMUS 216-254 1ST STREET EAST LLC, a Delaware limited liability company; EDMOND ROUTHIER, an individual; GEORGE SUTCLIFFE, an individual; ROB AUGER, an individual; and DOES 1-50,<br><br>Defendants. | CASE NO: 3:18-cv-01388-CRB<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |

Plaintiff Caymus Vineyards and Defendants Caymus Builders LLC; Caymus Properties, Inc.; Caymus Capital, LLC; Caymus Capital Commercial Rental Fund, LLC; Caymus Capital Rental Fund I, LLC; Caymus Capital Residential Recovery Fund II, LLC; Caymus 216-254 1st Street East LLC; Edmond Routhier; George Sutcliffe; and Rob Auger (collectively "Defendants") have agreed to settle, adjust and compromise all claims in the above-captioned action. Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and

1

the terms of a separate confidential agreement, Caymus hereby dismisses the above-captioned action, and all claims against Defendants made therein, with prejudice.

                          Respectfully Submitted,

Dated: July 10, 2018            HOLLAND & KNIGHT LLP

/s Robert J. Labate_____
Robert J. Labate
*Attorneys for Plaintiff*
CAYMUS VINEYARDS

*Of Counsel*:

Steven E. Jedlinski (*pro hac vice* forthcoming)
*steven.jedlinski@hklaw.com*
Anthony J. Fuga (*pro hac vice* forthcoming)
*anthony.fuga@hklaw.com*
HOLLAND & KNIGHT LLP
131 S. Dearborn St., 30th Floor
Chicago, IL 60603
Telephone: 312-263-3600
Fax: 312-578-6666