| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA  22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court , Northern District of California, on the following:
( ) Patents     or     ( x ) Trademarks

| DOCKET NO: | DATE FILED: | UNITED STATES DISCTRICT COURT |
|---|---|---|
| 18-cv-01388-CRB | March 2, 2018 | Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

| PLAINTIFF:<br>Caymus Vineyards | DEFENDANT:<br>Caymus Builders LLC  et  al |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED          INCLUDED BY:
                       ( ) Amendment          ( ) Answer          ( ) Cross Bill          ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

See Plaintiff's Voluntary Dismissal with Prejudice (ECF No. 47 on the docket).

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Maria Loo*
(by) Deputy Clerk, Maria Loo

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
*Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy